

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| XEROX COMMERICAL SOLUTIONS, LLC, | § | No. 08-18-00154-CV |
| Appellant, | § | Appeal from |
| | § | 448th District Court |
| v. | § | of El Paso County, Texas |
| VICTOR SEGURA, | § | (TC # 2016DCV4236) |
| Appellee. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the order of the court below vacating the arbitration award and we remand the case with instructions to confirm the arbitrator's decision, in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF JULY, 2019.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.